1   KRISTOPHER S. DAVIS (SBN 193452)
    kristopher.davis@faegredrinker.com
2   ZOË K. WILHELM (SBN 305932)
    zoë.wilhelm@faegredrinker.com
3   VICTOR J. SANDOVAL (SBN 344461)
    victor.sandoval@faegredrinker.com
4   FAEGRE DRINKER BIDDLE & REATH LLP
    1800 Century Park East, Suite 1500
5   Los Angeles, California 90067-1517
    Telephone:   +1 310 203 4000
6   Facsimile:    +1 310 229 1285

7   JESSE A. WITTEN *(admitted Pro Hac Vice)*
    jesse.witten@faegredrinker.com
8   ALISON M. AGNEW *(admitted Pro Hac Vice)*
    alison.agnew@faegredrinker.com
9   NICKOLAS I. MERRILL *(admitted Pro Hac Vice)*
    nickolas.merrill@faegredrinker.com
10  FAEGRE DRINKER BIDDLE & REATH LLP
    1500 K Street, N.W., Suite 1100
11  Washington, D.C. 20005
    Telephone:   +1 202 842 8800
12  Facsimile:    +1 202 230 5354

13  Attorneys for Defendant
    PATIENT ACCESS NETWORK FOUNDATION
14
15  MOLLIE F. BENEDICT (SBN 187084)
    mollie.benedict@tuckerellis.com
16  MARC R. GREENBERG (SBN 123115)
    marc.greenberg@tuckerellis.com
17  ALEXANDER KAPLAN (SBN 308257)
    alexander.kaplan@tuckerellis.com
18  TUCKER ELLIS LLP
    515 South Flower Street 42nd Floor
19  Los Angeles, California 90071-2223
    Telephone:   +1 213  430 3400
20  Facsimile:    +1 213 430  3409

21  JOSHUA J. GAYFIELD *(admitted Pro Hac Vice)*
    jgayfield@milesstockbridge.com
22  MEGAN J. MCGINNIS *(admitted Pro Hac Vice)*
    mmcginnis@milesstockbridge.com
23  DANIEL L. ADAMSON *(admitted Pro Hac Vice)*
    dadamson@milesstockbridge.com
24  MILES AND STOCKBRIDGE PC
    100 Light Street
25  Baltimore, Maryland 21202
    Telephone:   +1 410 727 6464
26  Facsimile:    +1 410 385 3734

27  Attorneys for Defendant
    CHRONIC DISEASE FUND, D/B/A GOOD DAYS
28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' JOINT NOTICE OF MOTION
AND MOTION TO DISMISS COMPLAINT

CASE NO. 2:23-cv-03130-MEMF-PD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMGEN INC.; ONYX PHARMACEUTICALS, INC.; ONYX THERAPEUTICS, INC.; PATIENT ACCESS NETWORK FOUNDATION; and CHRONIC DISEASE FUND, D/B/A GOOD DAYS,<br><br>Defendants. | Case No. 2:23-cv-03130-MEMF-PD<br><br>**DEFENDANTS PATIENT ACCESS NETWORK FOUNDATION AND CHRONIC DISEASE FUND, INC. D/B/A GOOD DAYS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:       February 8, 2024<br>Time:       10:00 a.m.<br>Judge:      Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br><br>Complaint Filed:  April 25, 2023<br><br>*[Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Order, filed concurrently herewith]* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 8, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Maame Ewusi-Mensah Frimpong, in Courtroom 8B of the above-entitled court located at 350 West First Street, Los Angeles, California 90012, Defendants Patient Access Network Foundation and Chronic Disease Fund, Inc. d/b/a Good Days (collectively, the "Charities") will and hereby do move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an order dismissing Plaintiff's Complaint (Dkt. 14-1), and each and every cause of action therein, against the Charities, and each of them, without leave to amend, on the following grounds:

(1)     Plaintiff lacks standing to bring this lawsuit for several reasons, so the Complaint is subject to dismissal for want of subject matter jurisdiction under Rule 12(b)(1);

(2)     Virtually every claim allegedly assigned to Plaintiff is untimely because the assignments occurred more than five years before the Complaint was filed, and Plaintiff lacks standing to assert more recent claims that were not assigned;

(3)     The Complaint fails to state a claim for relief under the Racketeer Influenced and Corrupt Organizations ("RICO") Act and Florida's RICO statute, including because the Complaint fails to allege that: (A) the Assignors of Plaintiff's claims were direct purchasers of Amgen's drugs; (B) the Charities committed a RICO predicate act; (C) any predicate act was the proximate cause of injury to the Assignors; and (D) the Charities and Amgen formed a RICO enterprise;

(4)     Plaintiff's state statutory consumer fraud claims and claims for unjust enrichment should be dismissed for lack of particularity and because they are barred by the relevant statutes of limitations and/or fail to state a claim; and

(5)     In addition to the arguments set forth in the Charities' Memorandum of Points and Authorities, the Complaint should be dismissed for the reasons set forth by Defendants Amgen Inc., Onyx Pharmaceuticals, Inc., and Onyx Therapeutics, Inc. in support of their motions to dismiss to the Complaint.

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' JOINT NOTICE OF MOTION
AND MOTION TO DISMISS COMPLAINT

3

CASE NO. 2:23-cv-03130-MEMF-PD

1    This motion is based upon This Notice of Motion and Motion, the Charities' concurrently

2    filed Memorandum of Points and Authorities, the Memoranda of Points and Authorities submitted

3    by Defendants Amgen Inc., Onyx Pharmaceuticals, Inc., and Onyx Therapeutics, the pleadings and

4    papers on file in this action, and on such other and further matters as may be presented at or before

5    the hearing on this matter.

6    This motion is made following the conference of counsel pursuant to L.R. 7-3 which took

7    place on July 27, 2023.

8

9    Dated:  August 17, 2023                Respectfully submitted,

10                                           FAEGRE DRINKER BIDDLE & REATH LLP

11

12                                           By:_____/s/ Kristopher S. Davis_____
                                                 Kristopher S. Davis
13                                               Zoë K. Wilhelm
                                                 Victor J. Sandoval
14                                               Jesse A. Witten (admitted Pro Hac Vice)
                                                 Alison M. Agnew (admitted Pro Hac Vice)
15                                               Nickolas I. Merrill (admitted Pro Hac Vice)

16                                           Attorneys for Defendant
                                             PATIENT ACCESS NETWORK FOUNDATION
17

18                                           TUCKER ELLIS LLP

19
                                             By:_____/s/ Mollie F. Benedict_____
20                                               Mollie F. Benedict
                                                 Marc R. Greenberg
21                                               Alexander Kaplan

22                                           - and -

23                                           MILES AND STOCKBRIDGE PC
                                             Joshua J. Gayfield (admitted Pro Hac Vice)
24                                           Megan J. McGinnis (admitted Pro Hac Vice)
                                             Daniel L. Adamson (admitted Pro Hac Vice)
25
                                             Attorneys for Defendant
26                                           CHRONIC DISEASE FUND, D/B/A GOOD DAYS

27

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' JOINT NOTICE OF MOTION          4          CASE NO. 2:23-cv-03130-MEMF-PD
AND MOTION TO DISMISS COMPLAINT

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Kristopher S. Davis, attest that concurrence in the filing of this Defendants Patient Access Network Foundation and Chronic Disease Fund, Inc. d/b/a Good Days' Joint Notice of Motion and Motion to Dismiss Plaintiff's Complaint has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 17th day of August, 2023, at Los Angeles, California.


_____*/s/ Kristopher S. Davis*_____
Kristopher S. Davis