1  KRISTOPHER S. DAVIS (SBN 193452)
   kristopher.davis@faegredrinker.com
2  ZOË K. WILHELM (SBN 305932)
   zoë.wilhelm@faegredrinker.com
3  VICTOR J. SANDOVAL (SBN 344461)
   victor.sandoval@faegredrinker.com
4  1800 Century Park East, Suite 1500
   Los Angeles, California 90067-1517
5  Telephone:   +1 310 203 4000
   Facsimile:   +1 310 229 1285
6
   JESSE A. WITTEN *(admitted Pro Hac Vice)*
7  jesse.witten@faegredrinker.com
   ALISON M. AGNEW *(admitted Pro Hac Vice)*
8  alison.agnew@faegredrinker.com
   NICKOLAS I. MERRILL *(admitted Pro Hac Vice)*
9  nickolas.merrill@faegredrinker.com
   FAEGRE DRINKER BIDDLE & REATH LLP
10 1500 K Street, N.W., Suite 1100
   Washington, D.C. 20005
11 Telephone:   +1 202 842 8800
   Facsimile:   +1 202 230 5354
12
   Attorneys for Defendant
13 PATIENT ACCESS NETWORK FOUNDATION

14 MOLLIE F. BENEDICT (SBN 187084)
   mollie.benedict@tuckerellis.com
15 MARC R. GREENBERG (SBN 123115)
   marc.greenberg@tuckerellis.com
16 ALEXANDER KAPLAN (SBN 308257)
   alexander.kaplan@tuckerellis.com
17 TUCKER ELLIS LLP
   515 South Flower Street 42nd Floor
18 Los Angeles, California 90071-2223
   Telephone:   +1 213  430 3400
19 Facsimile:   +1 213 430  3409

20 JOSHUA J. GAYFIELD *(admitted Pro Hac Vice)*
   jgayfield@milesstockbridge.com
21 MEGAN J. MCGINNIS *(admitted Pro Hac Vice)*
   mmcginnis@milesstockbridge.com
22 DANIEL L. ADAMSON *(admitted Pro Hac Vice)*
   dadamson@milesstockbridge.com
23 MILES AND STOCKBRIDGE PC
   100 Light Street
24 Baltimore, Maryland 21202
   Telephone:   +1 410 727 6464
25 Facsimile:   +1 410 385 3734

26 Attorneys for Defendant
   CHRONIC DISEASE FUND, D/B/A GOOD DAYS
27
28

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
ISO JOINT MOTION TO DISMISS COMPLAINT

CASE NO. 2:23-cv-03130-MEMF-PD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMGEN INC.; ONYX PHARMACEUTICALS, INC.; ONYX THERAPEUTICS, INC.; PATIENT ACCESS NETWORK FOUNDATION; and CHRONIC DISEASE FUND, D/B/A GOOD DAYS,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-03130-MEMF-PD<br><br>**DEFENDANTS PATIENT ACCESS NETWORK FOUNDATION AND CHRONIC DISEASE FUND, INC. D/B/A GOOD DAYS' JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT; DECLARATION OF KRISTOPHER S. DAVIS IN SUPPORT THEREOF**<br><br>Date:　　　February 8, 2024<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Maame Ewusi-Mensah Frimpong<br>Courtroom: 8B<br><br>Complaint Filed:  April 25, 2023<br><br>*[Notice of Motion and Motion; Memorandum of Points and Authorities; and [Proposed] Order, filed concurrently herewith]* |

Faegre Drinker Biddle & Reath LLP
Attorneys at Law
Los Angeles

Defendants' Request for Judicial Notice
ISO Joint Motion to Dismiss Complaint

2

Case No. 2:23-cv-03130-MEMF-PD

## INTRODUCTION

Defendants Patient Access Network Foundation ("PAN") and Chronic Disease Fund, Inc. d/b/a Good Days (itself, "CDF," and together with PAN, the "Charities") respectfully request that the Court take judicial notice of the documents attached as Exhibits 1, 2 and 3 to the attached Declaration of Kristopher S. Davis ("Davis Declaration") in support of the Charities' pending Motion to Dismiss the Complaint Pursuant to Rule 12(b)(6) and Rule 12(b)(1). As set forth below, the Court may consider these documents because they are judicially noticeable pursuant to Federal Rule of Evidence 201(b)(2).

## DOCUMENTS SUBMITTED

The documents attached to the Davis Declaration are described below:

- Exhibit 1: The Advisory Opinion No. 06-10 issued to CDF by the Office of Inspector General of the Department of Health and Human Services.
- Exhibit 2: The October 24, 2019 Settlement Agreement entered into by CDF and the United States Department of Justice and on behalf of the Office of Inspector General of the Department of Health and Human Services.
- Exhibit 3: The October 24, 2019 Settlement Agreement entered into by PAN and the United States Department of Justice and on behalf of the Office of Inspector General of the Department of Health and Human Services.

## ARGUMENT

### I. STANDARD GOVERNING JUDICIAL NOTICE

A court may take judicial notice of a fact where it "is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2).

### II. DOCUMENTS INCORPORATED BY REFERENCE INTO THE COMPLAINT

"[C]ourts may take into account 'documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading'" and "treat such documents as part of the complaint." *Davis v. HSBC Bank Nev., N.A.*,

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
ISO JOINT MOTION TO DISMISS COMPLAINT

3

CASE NO. 2:23-cv-03130-MEMF-PD

691 F. 3d 1152, 1160 (9th Cir. 2012) (citations omitted); *see also United States v. Ritchie*, 342 F. 3d 903, 908 (9th Cir. 2003).

Exhibit 1 is explicitly mentioned in the Complaint and an exhibit attached to the Complaint. Compl. ¶¶ 236–38 & Exhibit S (Notice of Modification of OIG Advisory Opinion No. 06-10).[1]

Exhibits 2 and 3 are also explicitly mentioned in the Complaint and an exhibit attached to the Complaint. Compl. ¶ 242 & Exhibit T (Department of Justice press release of the Charities' settlement agreements).[2] Exhibits 2 and 3 are also hyperlinked on page 5 of Exhibit T to the Complaint.

No party can question the authenticity of these exhibits because they are available on publicly accessible websites maintained by the government. *See Eidson v. Medtronic, Inc.*, 981 F. Supp. 2d 868, 878–79 (N.D. Cal. 2013) ("[B]ecause all of the documents at issue appear on the [Food and Drug Administration's] public website, they may be judicially noticed"); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F. 3d 992, 998 (9th Cir. 2010) (noting that it is appropriate to take judicial notice of information made publicly available by government entities); *Millennium Lab'ys., Inc. v. Allied World Assur. Co. (U.S.), Inc.*, 165 F. Supp. 3d 931, 933 (S.D. Cal. 2016) (taking judicial notice of a settlement agreement with the Department of Justice).

## **CONCLUSION**

For the foregoing reasons, the documents identified above are judicially noticeable pursuant to Federal Rule of Evidence 201(b)(2). The Charities, therefore, respectfully request that the Court, in connection with its adjudication of their Joint Motion to Dismiss the Complaint, take judicial notice of Exhibits 1, 2 and 3 to the accompanying Davis Declaration.

/ / /

/ / /

/ / /

/ / /

---

[1] Exhibit S to the Complaint is mislabeled with the coversheet titled "Exhibit X."

[2] The Complaint alleged that the Charities settled with the Department of Justice on October 25, 2019. Compl. ¶ 242. As Exhibits 2 and 3 show, the date of the Charities' settlement agreements is October 24, 2019.

| | | |
|---|---|---|
| 1 | Dated: August 17, 2023 | Respectfully submitted, |
| 2 | | FAEGRE DRINKER BIDDLE & REATH LLP |
| 3 | | |
| 4 | | By: _____/s/ Kristopher S. Davis_____ |
| 5 | | Kristopher S. Davis |
| | | Zoë K. Wilhelm |
| 6 | | Victor J. Sandoval |
| | | Jesse A. Witten *(admitted Pro Hac Vice)* |
| 7 | | Alison M. Agnew *(admitted Pro Hac Vice)* |
| | | Nickolas I. Merrill *(admitted Pro Hac Vice)* |
| 8 | | |
| 9 | | Attorneys for Defendant |
| | | PATIENT ACCESS NETWORK FOUNDATION |
| 10 | | |
| 11 | | TUCKER ELLIS LLP |
| 12 | | By: _____/s/ Mollie F. Benedict_____ |
| 13 | | Mollie F. Benedict |
| | | Marc R. Greenberg |
| 14 | | Alexander Kaplan |
| 15 | | - and - |
| 16 | | MILES AND STOCKBRIDGE PC |
| | | Joshua J. Gayfield *(admitted Pro Hac Vice)* |
| 17 | | Megan J. McGinnis *(admitted Pro Hac Vice)* |
| | | Daniel L. Adamson *(admitted Pro Hac Vice)* |
| 18 | | Attorneys for Defendant |
| 19 | | CHRONIC DISEASE FUND, D/B/A GOOD DAYS |

## DECLARATION OF KRISTOPHER S. DAVIS

I, Kristopher S. Davis, declare as follows:

1. I am an attorney duly licensed to practice law before the United States District Court for the Central District of California. I am a partner of the law firm Faegre Drinker Biddle & Reath LLP, counsel of record for Defendant Patient Access Network Foundation ("PAN") in the above-captioned case. I have personal knowledge of the facts contained herein, and, if called as a witness, I could and would competently testify to those facts.

2. Attached as **Exhibit 1** is a true and correct copy of the Advisory Opinion No. 06-10 issued to Chronic Disease Fund by the Office of Inspector General of the Department of Health and Human Services available at https://oig.hhs.gov/documents/advisory-opinions/513/AO-06-10.pdf.

3. Attached as **Exhibit 2** is a true and correct copy of the October 24, 2019 Settlement Agreement entered into by Chronic Disease Fund and the United States Department of Justice and on behalf of the Office of Inspector General of the Department of Health and Human Services available at https://www.justice.gov/d9/press-releases/attachments/2019/10/25/cdf_settlement_agreement_0.pdf.

4. Attached as **Exhibit 3** is a true and correct copy of the October 24, 2019 Settlement Agreement entered into by PAN and the United States Department of Justice and on behalf of the Office of Inspector General of the Department of Health and Human Services available at https://www.justice.gov/d9/press-releases/attachments/2019/10/25/panf_settlement_agreement_0.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of August, 2023, at Los Angeles, California.

                                            */s/ Kristopher S. Davis*
                                            Kristopher S. Davis

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Kristopher S. Davis, attest that concurrence in the filing of this Joint Request for Judicial Notice in Support of Defendants Patient Access Network Foundation and Chronic Disease Fund, Inc. d/b/a Good Days' Motion to Dismiss Complaint; Declaration of Kristopher S. Davis in Support Thereof has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of August, 2023, at Los Angeles, California.

                                                  */s/ Kristopher S. Davis*
                                                  Kristopher S. Davis