Sean A. Commons (SBN: 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Christopher M. Assise (*pro hac vice*)
cassise@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for Defendants Amgen Inc.,
Onyx Pharmaceuticals, Inc., and
Onyx Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CENTRAL CALIFORNIA**

| | |
|---|---|
| MSP RECOVERY CLAIMS, SERIES LLC, a Delaware series limited liability company; MSPA CLAIMS 1, LLC; MSP RECOVERY CLAIMS PROV, SERIES LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> AMGEN INC.; ONYX PHARMACEUTICALS, INC.; ONYX THERAPEUTICS, INC.; and CHRONIC DISEASE FUND, D/B/A GOOD DAYS, <br><br> Defendants. | Case No.: 2:23-cv-03130 <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **JOINT STIPULATION RELATING TO PLAINTIFFS' WITHDRAWAL OF CLASS ACTION ALLEGATIONS AND REQUEST TO HAVE ALL CLASS-RELATED DEADLINES DEEMED MOOT** <br><br> Complaint Filed: Apr. 25, 2023 <br> Am. Complaint Filed: Aug. 14, 2024 |

**JOINT STIPULATION RELATING TO PLAINTIFFS' WITHDRAWAL OF CLASS ACTION ALLEGATIONS AND REQUEST TO HAVE ALL CLASS-RELATED DEADLINES DEEMED MOOT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC, and MSP Recovery Claims Prov, Series LLC (collectively, "Plaintiffs") voluntarily withdraw their class allegations in the current operative Amended Complaint filed on August 14, 2024 [D.E. 123]. Plaintiffs further agree that neither they nor any of their affiliates will hereafter seek to amend the complaint to re-add or pursue class claims, or otherwise serve as a class representative, on behalf of any putative class in this litigation.

Accordingly, the parties stipulate and agree that the class-related deadlines in the Court's Civil Trial Order [D.E. 189] are moot, and the parties agree that they will not seek to enforce those deadlines against the other.

| | |
|---|---|
| Dated: January 23, 2026 | Agreed as to form and substance, |
| */s/ William B. DeClerq* | */s/ Sean A. Commons* |
| William B. DeClerq (Cal Bar No. 240538) | Sean A. Commons (SBN: 217603) |
| william@declerqlaw.com | scommons@sidley.com |
| **DECLERQ LAW, P.C.** | **SIDLEY AUSTIN LLP** |
| 2000 Riverside Drive | 350 South Grand Avenue |
| Los Angeles, CA 90039 | Los Angeles, CA 90071 |
| Tel: (626) 408-2150 | Tel: (213) 896-6000 |
| | |
| Janpaul Portal (*pro hac vice pending*) | Christopher M. Assise (*pro hac vice*) |
| jportal@msprecoverylawfirm.com | cassise@sidley.com |
| **MSP RECOVERY LAW FIRM** | **SIDLEY AUSTIN LLP** |
| 3150 SW 38th Ave., 11th Floor | One South Dearborn Street |
| Miami, FL 33146 | Chicago, IL 60603 |
| Tel: (305) 614-2222 | Tel: (312) 853-7141 |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Amgen, Inc., Onyx Pharmaceuticals, Inc., and Onyx Therapeutics, Inc.* |
| | |
| | */s/ Joshua J. Gayfield* |
| | Joshua J. Gayfield (*pro hac vice*) |
| | jgayfield@milesstockbridge.com |
| | Megan J. McGinnis (*pro hac vice*) |

|   |   |
|---|---|
| 1 | mmcginnis@milesstickbridge.com |
| 2 | Daniel L. Adamson (*pro hac vice*) |
|   | dadamson@milesstockbridge.com |
| 3 | **MILES & STOCKBRIDGE P.C.** |
|   | 100 Light Street |
| 4 | Baltimore, MD 21202 |
|   | Tel: (410) 727-6464 |
| 5 |   |
| 6 | Mollie Fleming Benedict (SBN 187084) |
|   | mollie.benedict@tuckerellis.com |
| 7 | Marc R. Greenberg (SBN 123115) |
|   | marc.greenberg@tuckerellis |
| 8 | Alexander Kaplan (SBN 308257) |
|   | alexander.kaplan@tuckerellis.com |
| 9 | **TUCKER ELLIS LLP** |
| 10 | 515 South Flower Street, 42nd Floor |
|   | Los Angeles, CA 90071 |
| 11 | Tel: (213) 430-3400 |
| 12 |   |
|   | *Attorneys for Defendant Chronic Disease Fund, Inc.* |
| 13 | *d/b/a Good Days* |

- 2 -
JOINT STIPULATION RELATING TO PLAINTIFFS' WITHDRAWAL OF CLASS ACTION ALLEGATIONS; CASE NO. 2:23-cv-3130

**SIGNATURE ATTESTATION**

I am the CM/ECF filer whose identification and password are being used to file the foregoing **JOINT STIPULATION RELATING TO PLAINTIFFS' WITHDRAWAL OF CLASS ACTION ALLEGATIONS AND REQUEST TO HAVE ALL CLASS-RELATED DEADLINES DEEMED MOOT.** In compliance with Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 23, 2026                    By:    /s/ *Sean A. Commons*
                                                          Sean A. Commons